NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**TELLABS OPERATIONS, INC.,**
*Plaintiff-Appellant,*

AND

**TELLABS, INC., AND
TELLABS NORTH AMERICA, INC.,**
*Counterclaim Defendants-Appellants,*

**v.**

**FUJITSU LIMITED,**
*Defendant-Cross-Appellant,*

AND

**FUJITSU NETWORK COMMUNICATIONS, INC.,**
*Defendant.*

---

2013-1226, -1244

---

Appeals from the United States District Court for the Northern District of Illinois in No. 08-CV-3379, Judge James F. Holderman, Jr.

---

**JUDGMENT**

---

CONSTANTINE L. TRELA, JR., Sidley Austin LLP, of Chicago, Illinois, argued for plaintiff-appellant and counterclaim defendants-appellants. With him on the brief were JAMES P. BRADLEY, MARK A. DODD, KRISTOFFER B. LEFTWICH, KELLEY A. CONATY and BENJAMIN B. KELLY, of Dallas, Texas.

JAMES C. BROOKS, Orrick, Herrington & Sutcliffe LLP, of Los Angeles, California, argued for defendant-cross appellant. Of counsel was DAVID E. WANG, of Menlo Park, California.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, REYNA, and WALLACH, *Circuit Judges*).

## AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  May 2, 2014  | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |